UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate's Docket No.
04-M00006-LPC

CVB Violation Notice No.
P061346

UNITED STATES OF AMERICA

v.

TIFFANY SPEIGHT

ORDER

June 15, 2004

COHEN, M.J.

    On June 7, 2004, this court entered an Amended Order to Show Cause directing the above-named defendant to appear before this court on June 15, 2004, and show cause why she should not be held in contempt of court for failure to pay a fine imposed by this court on January 15, 2003.  The defendant did not appear as directed.

    It is accordingly ordered that a warrant of arrest issue for the said Tiffany Speight forthwith.  Execution of that warrant of arrest shall be stayed until Wednesday, June 30, 2004.  If it is reported to this court that the said Tiffany Speight has remitted the sum of $135.00 to the Clerk of Court:

Ms. Lee Chase
Clerk of Court
National Park Service
Cape Cod National Seashore
Wellfleet, MA  02667

on or before June 30, 2004, then that warrant will be vacated, and the Order to Show Cause previously issued shall be vacated as well.  Otherwise, the warrant shall be forwarded to the United States Marshal for this District to be executed forthwith.

_____
UNITED STATES MAGISTRATE JUDGE