UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate's Docket No.
04-M00006-LPC

CVB Violation Notice No.
P061346

UNITED STATES OF AMERICA

v.

TIFFANY SPEIGHT

ORDER

January 28, 2005

COHEN, M.J.

It appearing that, after due effort, the above-named defendant cannot be located, the warrant of arrest heretofore issued is ordered vacated, and the case is hereby ordered dismissed.

_____
UNITED STATES MAGISTRATE JUDGE